UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| CELIA KING-SCOTT, | ) | Civil No. 09-CV-2512-BEN(WVG) |
|  | ) |  |
| Plaintiff, | ) | NOTICE AND ORDER FOR EARLY |
|  | ) | NEUTRAL EVALUATION CONFERENCE |
| v. | ) |  |
|  | ) |  |
| UNIVERSITY MEDICAL | ) |  |
| PHARMACEUTICALS CORP., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

In light of the pending motion to transfer, the Court VACATES the current Early Neutral Evaluation (ENE) conference date of May 14, 2010 at 2 P.M. and reschedules the ENE to <u>June 18, 2010</u> at <u>9:00 A.M.</u>

The purpose of the Early Neutral Evaluation Conference ("ENE")is to permit an informal discussion between the attorneys, parties and the settlement judge of every aspect of the lawsuit in an effort to achieve an early resolution of the case.  All confer-ence discussions will be informal, off the record, privileged and confidential.  Counsel for non-English speaking parties is responsi-ble for arranging for the appearance of an interpreter at the conference.

1                                                            09-cv-2512

1    Pursuant to Rule 16.1(c) of the Local Rules of the United
2  States District Court for the Southern District of California, both
3  counsel <u>and the parties</u> who have full and unlimited authority[1] to
4  negotiate and enter into a binding settlement shall appear <u>in person</u>
5  at the conference and shall be prepared to discuss the claims,
6  defenses, damages and settlement.

7    Unless there are **extraordinary circumstances,** persons
8  required to attend the conference pursuant to this Order shall not
9  be excused from personal attendance.  Requests for excuse from
10  attendance for extraordinary circumstances shall be made in *writing*
11  at least 48 hours prior to the conference.  Where the suit involves
12  the United States or one of its agencies, only counsel for the
13  United States with full settlement authority need appear.

14    **The Court requires that the parties file Confidential ENE**
15  **Statements.**  No later than **five court days prior to the ENE,** the
16  parties shall submit directly to Judge Gallo's chambers confidential
17  statements of five pages or less which outline the nature of the
18  case, the claims, the defenses, and the parties' positions regarding
19  settlement of the case.

20    In the event the case does not settle at the Early Neutral
21  Evaluation Conference, the parties shall also be prepared to discuss

22

23

---

[1]  "Full authority to settle" means that the individuals at the settlement
24  conference must be authorized to fully explore settlement options and to
    agree at that time to any settlement terms acceptable to the parties.
25  <u>Heileman Brewing Co., Inc. v. Joseph Oat Corp.</u>, 871 F.2d 648 (7th Cir.
    1989).  The person needs to have "unfettered discretion and authority" to
26  change the settlement position of a party. <u>Pitman v. Brinker Intl., Inc.</u>,
    216 F.R.D. 481, 485-486 (D. Ariz. 2003).  The purpose of requiring a
27  person with unlimited settlement authority to attend the conference
    includes that the person's view of the case may be altered during the face
28  to face conference. <u>Id.</u> at 486.  A limited or a sum certain of authority
    is not adequate.  <u>Nick v. Morgan's Foods, Inc.</u>, 270 F.3d 590 (8th Cir.
    2001).

1  the following matters at the conclusion of the conference.

2        1.   Any anticipated objections under Federal Rule of Civil

3  Procedure  26(a)(1)(E)  to  the  initial  disclosure  provisions  of

4  Federal Rule of Civil Procedure 26(a)(1)(A-D);

5        2.   The scheduling of the Federal Rule of Civil Procedure

6  26(f) conference;

7        3.   The date of initial disclosure and the date for lodging

8  the discovery plan following the Rule 26(f) conference; and,

9        4.   The scheduling of a Case Management Conference pursuant

10 to Federal Rule of Civil Procedure 16(b).

11       The Court will issue an appropriate order addressing these

12 issues and setting dates as appropriate.

13       **Plaintiff's  counsel  shall  give  notice  of  the  ENE  to  all**

14 **parties responding to the Complaint after the date of this Notice.**

15       Local Rule 16.1(c) requires that an ENE take place within 45

16 days of the filing of the first answer.  Requests to continue ENE

17 conferences are rarely granted.  However, the Court will consider

18 formal, written *ex parte* requests to continue an ENE conference when

19 extraordinary circumstances exist that make a continuance appropri-

20 ate.  In and of itself, having to travel a long distance to appear

21 at the ENE conference is not an extraordinary circumstance.  **Absent**

22 **extraordinary circumstances, requests for continuances of the ENE**

23 **conference may not be considered *unless* submitted in *writing* no less**

24 **than seven calendar days prior to the scheduled conference.**

25 ///

26 ///

27 ///

28 ///

1       Questions regarding this case may be directed to the

2   Magistrate Judge's Research Attorney at (619) 557-6384.

3

4   DATED: May 6, 2010

5

6                                       _____
                                        Hon. William V. Gallo
7                                       U.S. Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    4                        09-cv-2512